ACCEPTED
15-25-00041-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/17/2025 1:55 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00041-CV**

In the
# Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/17/2025 1:55:30 PM
CHRISTOPHER A. PRINE
Clerk

APPRAISAL REVIEW BOARD OF THE HARRIS COUNTY APPRAISAL
DISTRICT,
*Appellant*

v.

TEXAS WORKFORCE COMMISSION and
REDONA HALL,
*Appellees*

## Appellee Texas Workforce Commission's First Unopposed Motion for Extension of Time to File Response Brief

Appellee, Texas Workforce Commission ("TWC") files this first unopposed motion for extension of time to file its brief under Texas Rules of Appellate Procedure 10.5(b) and requests that the time for filing its response brief in this matter be extended for thirty (30) days, from October 2, 2025, to November 3, 2025, and in support shows as follows:

1. Respondents' Briefs are due **October 2, 2025**.

2. Appellee TWC requests an additional **30 days** to file its Brief, extending the deadline to **November 3, 2025**.

3. This is TWC's first request for an extension of time to file its brief.

---

4. Good cause exists to grant this extension. Counsel for TWC is in preparation for a trial set on October 20 in Travis County and will also be out on vacation from October 1 to October 6. Counsel for TWC would request more time to thoroughly address all arguments raised by Appellant.

5. This extension is not being sought for purposes of delay but rather to allow time to prepare a thorough, succinct, and clear brief to be presented to the Court.

6. Counsel has conferred with counsel for Appellant, Ray Viada, and he is not opposed to this motion.

7. All facts in this motion are within the personal knowledge of the undersigned counsel, so no verification is necessary under Texas Rule of Appellate Procedure 10.2.

8. Wherefore, Appellee Texas Workforce Commission, requests that this motion be granted, and that the time for filing its Brief be extended to **November 3, 2025**.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**STEVEN ROBINSON**
Chief, Tax Litigation Division

*/s/ William Cohen*
William Cohen
Assistant Attorney General
Texas Bar No. 24082839
Will.Cohen@oag.texas.gov
Tax Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 475-1743
Fax: (512) 478-4013

**ATTORNEY FOR APPELLEE**
**TEXAS WORKFORCE COMMISSION**

## CERTIFICATE OF CONFERENCE

On **September 15, 2025**, the undersigned counsel conferred with Ray Viada, counsel for Appellant, via email. Mr. Viada does not oppose this Motion.

*/s/ William Cohen*
WILLIAM COHEN
Assistant Attorney General


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on counsel by e-service and/or e-mail on **September 17, 2025**, as indicated below:

Ray Viada
Rayviada@viadastrayer.com
VIADA & STRAYER
**Counsel for Appellant**

*/s/ William Cohen*
WILLIAM COHEN
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynee Pearson on behalf of William Cohen
Bar No. 24082839
lynee.pearson@oag.texas.gov
Envelope ID: 105713860
Filing Code Description: Motion
Filing Description: 20250917 Appellees Unopposed Motion for Extension WCC1 v2
Status as of 9/17/2025 2:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Holloway | | jholloway@viadastrayer.com | 9/17/2025 1:55:30 PM | SENT |
| Ramon G.Viada | | rayviada@viadastrayer.com | 9/17/2025 1:55:30 PM | SENT |
| Valerie Locher | | vlocher@viadastrayer.com | 9/17/2025 1:55:30 PM | SENT |

Associated Case Party: Texas Workforce Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Cohen | 24082839 | Will.Cohen@oag.texas.gov | 9/17/2025 1:55:30 PM | SENT |